.Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL MALCOLM, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of WILFRED A. SANTRY, Respondent, v. WESTINGHOUSE ELECTRIC CORP., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

1038

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

■ In the Matter of the Claim of EDNA M. JOHANNISSON, Appellant, v. COUNTRY CLUB OF ROCHESTER et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

■ In the Matter of the Claim of ZENA LATTO, Appellant, v. WEBER-BUNKE-LANGE, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Decision affirmed, without costs. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

■ In the Matter of the Claim of ELEANOR PRESTON, Respondent, v. STURGES MFG. CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—